Petition
for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed May 17,
2011.

 

In
The

Fourteenth
Court of Appeals



NO. 14-11-00317-CV



In Re Sunamerica Investments, Inc.,
Relator



 



ORIGINAL
PROCEEDING



WRIT OF MANDAMUS

125th District
Court

Harris County

Trial Court
Cause No. 2009-55747A

 





MEMORANDUM OPINION


On April 13, 2011, relator Sunamerica Investments,
Inc. filed a petition for writ of mandamus in this court.  See Tex.
Gov’t Code Ann. §22.221; see also Tex. R. App. P. 52. In the petition,
relator asks this court to compel the Honorable Kyle Carter, presiding judge of
the 125th District Court of Harris County to vacate his April 4, 2011 order
granting the jury demand of real parties in interest, Paul Buchanan, Coach
Realty Services, Inc., and Thomas H. Scott.

On May 3, 2011, real parties filed a joint waiver of
jury trial in the underlying litigation.  On the same day, real parties filed a
motion to dismiss this petition for writ of mandamus as moot.  The motion is
granted.

Accordingly, relator’s petition for writ of mandamus
is dismissed as moot.

 

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices Frost,
Jamison, and McCally.